UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BERTHA MORENO, | ) | Case No.: C 10-2659 PVT |
| Plaintiff, | ) ) | **ORDER** S**ETTING** D**EADLINE FOR** P**ARTIES TO** F**ILE** E**ITHER A** "C**ONSENT TO** P**ROCEED** |
| v. | ) ) | B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE**," **OR** E**LSE A** "D**ECLINATION TO** |
| COUNTRYWIDE HOME LOANS, et al., | ) ) | P**ROCEED** B**EFORE A** U**NITED** S**TATES** M**AGISTRATE** J**UDGE AND** R**EQUEST FOR** |
| Defendants. | ) ) | R**EASSIGNMENT**"; **AND** C**ONTINUING** H**EARING** D**ATE** |

On June 22, 2010, Defendant Bank of America filed a motion to dismiss.[1] Pursuant to Civil Local Rule 73-1(a)(2),[2] no later than one week after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[3] None of the parties have yet done so.[4] Therefore, based on the file herein,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[3] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

[4] On June 11, 2010, a Clerk's Notice of Impending Reassignment to a United States District Judge was erroneously filed herein. That notice should be disregarded.

O**RDER**, *page 1*

1    IT IS HEREBY ORDERED that the deadline for the parties to file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment," is extended to August 10, 2010. Both forms are available from the clerk of the court, or from the "Forms" section of the court's website (www.cand.uscourts.gov).

   IT IS FURTHER ORDERED that the hearing on Defendant's motion to dismiss is continued to 10:00 a.m. on September 7, 2010.

Dated: *8/5/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge